JAMES BIGLER, Appellant, *v.* THE NATIONAL BANK OF NEWBURGH, Respondent.

(Argued October 20, 1884 ; decided October 31, 1884.)

THE General Term reversed a judgment in favor of plaintiff upon the facts. The court here held, that there was evidence authorizing the reversal.

*Theodore F. Miller* for appellant.

*E. A. Brewster* for respondent.

*Per Curiam mem.* for affirmance.

All concur.

Order affirmed and judgment absolute rendered against plaintiff on stipulation.